**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Cedric O'Neal BUTLER, Defendant— Appellant.**

**No. 10–6169.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 27, 2010.

Cedric O'Neal Butler, Appellant Pro Se. Stanley Duane Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric O'Neal Butler appeals the district court's order denying his motion to compel the Government to file a Fed. R.Crim.P. 35(b) motion on his behalf. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butler,* No. 1:05–cr– 01220–MBS–1 (D.S.C. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*